1

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 12 | **RALPH WHISTLER,** | ) | **1:06-CV-0860 -LJO- WMW HC** |
| 13 | **Petitioner,** | ) | **ORDER ADOPTING** |
| | | ) | **FINDINGS AND** |
| 14 | **vs**. | ) | **RECOMMENDATIONS RE** |
| | | ) | **MOTION FOR DISMISSAL OF** |
| 15 | | ) | **PETITION FOR WRIT OF** |
| | **JEFF WRIGLEY, Warden,** | ) | **HABEAS CORPUS** |
| 16 | | ) | |
| | **Respondent.** | ) | [Doc. 10, 13] |
| 17 | | ) | |
| | | ) | |
| 18 | _____ | ) | |

19

20

21        Petitioner, a federal prisoner proceeding pro se, has filed an application for a petition

22  for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

23        On June 7, 2007, the Magistrate Judge filed findings and recommendations herein.

24  These findings and recommendations were served on the parties and contained notice to the

25  parties that any objections to the findings and recommendations were to be filed within thirty

26

27

28

1   days.  No objections were filed.[1]

2          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

3   conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708

4   F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the

5   findings and recommendations to be supported by the record and by proper analysis.

6          Based on the foregoing, it is HEREBY ORDERED  that:

7   1.     The findings and recommendations issued by the Magistrate Judge on

8          June 7, 2007,  are adopted in full;

9   2.     The motion to dismiss is GRANTED [9];

10  2.     The petition for writ of habeas corpus is DISMISSED;

11  3.      The Clerk of the Court is directed to enter  judgment for Respondent and to close this

12         case.

13  IT IS SO ORDERED.

14  **Dated:    November 27, 2007**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25
_____

26       [1]The court notes that the copy of the findings and recommendations served on Petitioner
    was returned by the United States Postal Service.  Pursuant to Local Rule 83-182(f), service on a
27  party at their address of record is fully effective.

28                                        2